# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-129-MOC-DCK

| | |
|---|---|
| TERRY MASSICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PROMOTIONAL MANAGEMENT GROUP, ) | |
| INC., and PROMOTIONAL MANAGEMENT ) | |
| GROUP, INC. HEALTH BENEFIT PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Extension Of Certain Deadlines" (Document No. 13) filed December 17, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Extension Of Certain Deadlines" (Document No. 13) is **GRANTED**. Case deadlines are revised as follows: discovery completion – **January 18, 2021**; and dispositive motions – **February 22, 2021**.

**SO ORDERED.**

Signed: December 18, 2020

David C. Keesler
United States Magistrate Judge